# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD C. TCHEUMANI, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARS NATIONAL SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 22-cv-1344-BAS-WVG<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

On November 4, 2022, this Court granted Plaintiff's motion to proceed *in forma pauperis*, but dismissed Plaintiff's action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dismissal Order, ECF No. 3.) The Court expressly directed Plaintiff to file an Amended Complaint by no later than December 16, 2022 if he seeks to pursue the instant action. (*Id.*) That date has come and gone, yet Plaintiff has not filed an amended pleading or sought an extension of time to do so. Accordingly, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED:  January 3, 2023**

Hon. Cynthia Bashant
United States District Judge